IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:89-cr-01007-MP

ALLAN ROSS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 741, Motion to Vacate Fine Imposed at Sentencing, filed by the defendant, Allan Ross, who is currently serving a life sentence. In his motion, Defendant requests that the Court vacate the $10 million fine imposed on him as part of his sentence in this case. As grounds for his request, Defendant cites his inability to earn money through prison work programs due to his medical condition and his family's inability to continue depositing money into his institutional account due to their own medical and financial hardships. The government has filed a response in opposition to the motion. Doc. 743. The Court has carefully considered this matter and agrees with the government that Defendant has not cited sufficient justification to warrant the relief sought. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's Motion to Vacate Fine Imposed at Sentencing (Doc. 741) is DENIED.

**DONE AND ORDERED** this *17th* day of July, 2009

                                   *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge